**01–1624.  State ex rel. Howard v. Seaway Foodtown, Inc.**

Franklin App. No. 00AP–1097. On motion to vacate and/or stay journal entry of August 31, 2001, and motion to consolidate case with 01–1394, *State ex rel. Howard v. Seaway Foodtown, Inc.*, Franklin App. No. 00AP–1097. Motions denied.

**01–1637.  State v. Merritt.**

Hamilton App. No. C–970479. On motion for leave to file delayed appeal. Motion denied.

  MOYER, C.J., dissents.

## DISCRETIONARY APPEALS ALLOWED

**01–1222.  Dardinger v. Anthem Blue Cross & Blue Shield.**

Licking App. Nos. 99CA127 and 99CA136. On discretionary appeal. Appeal allowed.

  MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

  On discretionary cross-appeal. Appeal denied.

  MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**01–1247.  State v. Bush.**

Union App. No. 14–2000–44. Discretionary appeal allowed and cause consolidated with 01–1161, *State v. Bush,* Union App. No. 14–2000–44.

  F.E. SWEENEY and PFEIFER, JJ., dissent.

**01–1266.  Layne v. Ohio Adult Parole Auth.**

Marion App. No. 9–01–06. Discretionary appeal allowed and cause consolidated with 01–1253, *Layne v. Ohio Adult Parole Auth.,* Marion App. No. 9–2001–06, and with 01–1443, *Houston v. Wilkinson,* Marion App. No. 1–01–52.

  DOUGLAS and RESNICK, JJ., dissent.